DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PANG MUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff,*<br><br>      v.<br><br>PANG MUA,<br><br>            *Defendant.* | Case No. 1:06-cr-00191 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>DATE:  January 22, 2007<br>TIME :  9:00 a.m.<br>DEPT :  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for December 18, 2006, may be continued to **January 22, 2007 at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

2

3  DATED: December 13, 2006         MCGREGOR W. SCOTT
                                    United States Attorney
4

5                                    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
6                                   Assistant U.S. Attorney
                                    Attorney for Plaintiff
7

8

9  DATED: December 13, 2006         DANIEL J. BRODERICK
                                    Federal Defender
10

11                                  /s/ Robert W. Rainwater
                                    ROBERT W. RAINWATER
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13

14

15                **O R D E R**

16

17      IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated

18 above, the court finds that the ends of justice served by the delay outweigh the best interest of the public

19 and the defendants in a speedy trial.

20

21 IT IS SO ORDERED.

22 **Dated:   December 13, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Mua - Stipulation to Continue Status Conference         2