IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No CR-06-191-AWI |
| vs. | ORDER OF RELEASE |
| PANG MUA, | |
| Defendant. | |

The above named defendant having been sentenced on July 11, 2011 to time served.

IT IS HEREBY ORDERED that the defendant shall be released on July 11, 2011. A certified Judgment and Commitment order to follow.

DATED: 7-11-11

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1